IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY PEAK,
        Petitioner,
  v.                                     **Judgment in a Civil Case**
SARA M. REVELL,
        Respondent.                  Case Number: 5:12-HC-2111-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for consideration of petitioner's failure to respond to this court's order. § 2243).

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 28, 2012, with service on:
Anthony Peak  43164-074, Federal Medical Center, P.O. Box 1600, Butner, NC  27509 (via U.S. Mail)

August 28, 2012                                            /s/ Julie A. Richards
                                                                        Clerk